IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAY WILLIAMS, #2300216, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 6:23-cv-151-JDK-KNM |
| JOB MONGARE, | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Jay Williams, a Henderson County Jail inmate proceeding pro se, brings this civil rights lawsuit under 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

On May 31, 2023, Judge Mitchell issued a Report and Recommendation recommending that the Court dismiss this case without prejudice for Plaintiff's failure to comply with a Court order. Docket No. 17. Judge Mitchell found that, despite being ordered to do so, Plaintiff failed to submit the requisite filing fee or a motion for leave to proceed *in forma pauperis*. Plaintiff filed objections. Docket Nos. 19, 20.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United*

*Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Plaintiff's objections are largely indecipherable, make no mention of the filing fee, and identify no error in Judge Mitchell's Report. Accordingly, the Court overrules Plaintiff's objections.

Having conducted a de novo review of the record in this case and the Magistrate Judge's Report, the Court has determined that the Report of the Magistrate Judge is correct, and Plaintiff's objections are without merit. Accordingly, the Court hereby **ADOPTS** the Report of the Magistrate Judge (Docket No. 17) as the opinion of the District Court. Plaintiff's claims are **DISMISSED** without prejudice for failure to comply with a Court order.

**Signed this**
**Mar 19, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE